Same case below, 297 S.W.3d 260.

**No. 09-7777. Edward Jerome Harbison, Petitioner v. George Little, Commissioner, Tennessee Department of Correction, et al.**

559 U.S. 975, 130 S. Ct. 1689, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2053, ■

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 571 F.3d 531.

**No. 09-7784. Henry W. Skinner, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 975, 130 S. Ct. 1689, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2103.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 576 F.3d 214.

**No. 09-8052. Tony Howard, Petitioner v. Melody L. Flores, Warden.**

559 U.S. 975, 130 S. Ct. 1691, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2008.

March 1, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 14 So. 3d 1007.

**No. 09-8129. Ovidio Garcia, Jr., Petitioner v. Texas.**

559 U.S. 975, 130 S. Ct. 1692, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2183.

March 1, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-8132. Gerald Wayne Graves, Petitioner v. Texas.**

559 U.S. 975, 130 S. Ct. 1692, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2066.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

**No. 09-8135. Curtis Fuller, Petitioner v. Dave J. Burnett, et al.**

559 U.S. 975, 130 S. Ct. 1692, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2093, ■

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8136. Thurman Lee Henderson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 975, 130 S. Ct. 1692, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2003, ■

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8138. Reginald Johnson, Petitioner v. Pennsylvania.**

559 U.S. 975, 130 S. Ct. 1693, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2152.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

**No. 09-8139. Bruce Monroe Greer, Petitioner v. Cynthia Nelson, Warden.**

559 U.S. 975, 130 S. Ct. 1693, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2076, ■

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.